**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CHESTER SHANE McVAY, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | CASE NO. 3-07CV1101-M |
| | § | |
| HALLIBURTON ENERGY SERVICES, INC., | § | |
| | § | |
| Respondent. | § | |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

COMES NOW, Chester Shane McVay, and files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, Local Civil Rule 3.1(f), and the Court's July 9, 2007 Order [4].

The undersigned, counsel of record for Movant/Plaintiff, certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Chester Shane McVay, Movant/Plaintiff.

2. Halliburton Energy Services, Inc., Respondent/Defendant.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully submitted,

/s/ Gregory M. Clift
**R. ROGGE DUNN**
State Bar No. 06249500
Email: rdunn@cdklawyers.com
**GREGORY M. CLIFT**
State Bar No. 00795835
Email: gclift@cdklawyers.com
**CLOUSE DUNN KHOSHBIN LLP**
1201 Elm Street, Suite 5200
Dallas, TX  75270-2142
Telephone:   (214) 220-3888
Facsimile:   (214) 220-3833

**ATTORNEYS FOR MOVANT/PLAINTIFF**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record in accordance with the Rule of Civil Procedure, this 19th day of July, 2007.

| | |
|---|---|
| John F. Booth | ☒ **VIA ECF** |
| Peter Schroeder | ☐ **VIA HAND DELIVERY** |
| Crutsinger & Booth LLC | ☐ **VIA FAX (214) 220-0445** |
| 1601 Elm Street, Suite 1950 | ☐ **VIA EMAIL: jbooth@ipoftexas.com** |
| Dallas, TX 75201 | ☐ **VIA EMAIL: pschroeder@ipoftexas.com** |
| | ☐ **VIA FIRST CLASS MAIL** |
| | ☐ **VIA CERTIFIED MAIL, RRR** |
| | _____ |

/s/ Gregory M. Clift
**GREGORY M. CLIFT**