IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHESTER SHANE MCVAY,** | § | |
| | § | |
| Plaintiff, | § | CASE NO. 3:07-CV-1101-O |
| | § | |
| v. | § | |
| | § | |
| **HALLIBURTON ENERGY SERVICES, INC.** | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

The Court has adopted the Findings and Recommendations of the Magistrate Judge in this matter. Those findings disposed of all issues in the case by denying Plaintiff's motion to vacate the arbitration award in this matter. It further confirms the award made and set out there of prejudgment and post-judgment interest and of injunctive relief. It denies Defendant's request for attorney's fees.

Accordingly, all issues before this Court have been resolved and this case is **DISMISSED** with prejudice.

So **ORDERED** this **22nd day of January, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**