IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHESTER SHANE MCVAY, | § § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CASE NO: 03:07-CV1101-O |
| HALLIBURTON ENERGY SERVICES, INC., | | |
| Defendant. | | |

## NOTICE OF APPEAL

Plaintiff Chester Shane McVay appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this case on January 25, 2010.

Respectfully submitted,


By: _/s/ D. Todd Smith_
   D. Todd Smith
   Texas Bar No. 00797451
SMITH LAW GROUP, P.C.
700 Lavaca, Suite 405
Austin, Texas 78701
(512) 439-3230
(512) 439-3232 fax
tsmith@appealsplus.com

*Appellate Counsel for Plaintiff
Chester Shane McVay*

2

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FED. R. CIV. P. 5(b) a true and correct copy of the foregoing Notice of Appeal has been served on the following counsel on February 19, 2010:

John F. Booth *Via ECF*
Peter Schroeder
BOOTH ALBANESI SCHROEDER LLC
1601 Elm Street, Suite 1950
Dallas, Texas 75201

          */s/ D. Todd Smith*
          D. Todd Smith